UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tad Jason Hyde,

    Plaintiff,

    v.                                            Case No. 2:15–cv–176

Officer Jeff McAllister, *et al.*,          Judge Michael H. Watson

    Defendants.

## ORDER

Magistrate Judge Deavers, to whom this case was referred pursuant to General Order 14-01 and 28 U.S.C. § 636, issued a report and recommendation ("R&R") recommending the Court dismiss all claims against Nurse Gertrude in this prisoner civil rights case. The R&R further recommended dismissing the due process and retaliation claims, brought against Officer Jeff McAllister ("McAllister"), Corrections Sgt. Marshall ("Marshall"), and Corrections Lt. Detty ("Detty"), premised on the filing and processing of a conduct report. R&R 2, ECF No. 9.

Magistrate Judge Deavers advised Plaintiff of his right to object to the R&R and that a failure to object would result in a waiver of the right to *de novo* review by the district judge and a waiver of the right to appeal the judgment of the district court. *Id.* at 6. The deadline for filing objections has passed, and none were filed.

Accordingly, the Court **ADOPTS** the R&R, dismisses Nurse Gertrude from the case, and dismisses with prejudice Plaintiff's due process and retaliation claims against McAllister, Marshall, and Detty premised on the filing and processing of a conduct report.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**